UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| VS. | § § | CIVIL ACTION NO. G-08-253 |
| DANIEL H. CHARLES, *et al*, | § § | |
| Defendants. | § § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

On September 22, 2010, Magistrate Judge John R. Froeschner submitted a Report and Recommendation to this Court in which he recommended that, in reliance upon a Notice of Non-Opposition by Defendant, Matagorda County Tax Assessor / Collector and in the absence of a response by Defendant, Daniel H. Charles, the "Motion for Order of Foreclosure Sale and to Vacate" of Plaintiff, United States of America, be granted.  Judge Froeschner set October 15, 2010, as the deadline for the filing of objections, however, to date, no objections have been filed by any Party.

Following appropriate review pursuant to 28 U.S.C. § 636(b)(1)(C), it is **ORDERED** and **ADJUDGED** that:

1) the Report and Recommendation of Magistrate Judge John R. Froeschner is **APPROVED** and **ADOPTED** by this Court; and

2) the "Motion for Order of Foreclosure Sale and to Vacate" of the United States of America (Instrument no. 43) is **GRANTED**.

This Court **WILL** enter a separate "Order of Foreclosure Sale and to Vacate."

SIGNED at Houston, Texas this 20th day of October, 2010.

_____
Kenneth M. Hoyt
United States District Judge